# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 9:23-PO-5046-M-KLD |
| vs. | Violation: F5429636 |
| HARTIS MEHLER, | |
| | ORDER |
| Defendant. | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced citation is dismissed without prejudice.

Dated this 11th day of June, 2024

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1